

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-20-2010

# USA v. Ruben Mitchell

Precedential or Non-Precedential: Precedential

Docket No. 09-4718

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"USA v. Ruben Mitchell" (2010). *2010 Decisions.* Paper 332.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/332

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 09-4718

_____

UNITED STATES OF AMERICA,

Appellant

v.

RUBEN MITCHELL

PRESENT:  McKEE, Chief Judge, SLOVITER, SCIRICA, RENDELL, BARRY,
AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN,
GREENAWAY, JR. and VANASKIE, Circuit Judges

**ORDER**

A majority of the active judges have voted for rehearing *en banc* in the above

appeal, it is ordered that the Clerk of Court list the above case for rehearing *en* banc at

the convenience of the Court.

By the Court,


 /s/ Theodore A. McKee

Chief Circuit Judge

Date: October 20, 2010